respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claims of the plaintiff were sustained.

BEFORE THE SECOND DIVISION, AUGUST 25, 1960

No. 64468.—Keystone Brass & Rubber Co. *v.* United States, protest 234277–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless brass tubes the same in all material respects as those the subject of Abstract 59897, the claim of the plaintiff was sustained.

AUGUST 25, 1960

No. 64469.—SUIT 4998.—C. J. Tower & Sons *v.* United States.—

—C.D. 2062 affirmed January 6, 1960. C.A.D. 734.

BEFORE THE SECOND DIVISION, AUGUST 30, 1960

No. 64470.—Catholic Manufacturing Co., Inc., et al. *v.* United States, protests 327948–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 30, 1960

No. 64471.—Armart Imports, Inc. *v.* United States, protests 310489–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64472.—Leading Forwarders, Inc., et al. *v.* United States, protests 58/11279, etc.   (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

No. 64473.—Alfred H. Marzolf *v.* United States, protests 312689–K, etc. (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64474.—Swift & Company *v.* United States, protest 330066–K (Niagara Falls).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64475.—Wm. A. Hausman Co., Inc. *v.* United States, protest 58/10083 (Seattle).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material